**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00921-CR

### NYLON DERAYSHUN HART, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F15-33640-H

## ORDER

Based on the Court's opinion of this date, we **GRANT** the March 9, 2018 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Nylon Derayshun Hart, TDCJ No. 02151426, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/s/    ELIZABETH LANG-MIERS
        JUSTICE